JOHN HENRY WHITSON, Appellant, *v.* HENRY J. DAVID, Respondent.

(Submitted June 10, 1880; decided June 18, 1880.)

THIS case was tried before a jury and a verdict was rendered for the plaintiff. The defendant made a motion for a new trial upon the minutes of the trial judge, and an order was entered denying such motion. Judgment was entered upon the verdict, and the defendant appealed from the order and the judgment to the General Term, where both the order and the judgment were reversed and a new trial granted. From the order granting the new trial the plaintiff brought this appeal.

The court say : " It is settled by numerous decisions in this court that such an order is not appealable. ( *Wright* v. *Hunter*, 46 N. Y. 409 ; *Sands* v. *Crooke*, id. 564 ; *Dickson* v. *Broadway, etc., R. R. Co.*, 47 id. 507 ; *Downing* v. *Kelly*, 48 id. 433 ; *Harris* v. *Burdett*, 73 id. 136.) "

*Walter S. Logan* for appellant.

EARL, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.